WINSTON & STRAWN LLP
David L. Aronoff, Esq. (SBN: 152606)
Email: daronoff@winston.com
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Attorneys for Defendant
ORECK DIRECT, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BODNER, suing individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ORECK DIRECT, LLC, a Delaware liability company; and defendant Does 1 through 100, inclusive,<br><br>Defendant. | **Case No. C 06-04756 MHP**<br><br>[~~PROPOSED~~] **ORDER RE APPLICATION FOR SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of ORECK DIRECT, LLC, Defendant, to substitute David L. Aronoff, WINSTON & STRAWN LLP, who is retained counsel, 333 South Grand Avenue, 38th Floor, Los Angeles, California 90071, email address daronoff@winston.com, telephone (213) 615-1700, fax number (213) 615-1750, California State Bar No. 152606, as attorney of record in place and stead of David L. Aronoff, THELEN REID BROWN RAYSMAN & STEINER LLP **is hereby** [X] **GRANTED** ☐ **DENIED**

Dated: 3/7/2008

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT
DISTRICT OF

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

1
[PROPOSED] ORDER RE APPLICATION FOR SUBSTITUTION OF ATTORNEY
C 06-04756 MHP