WINSTON & STRAWN LLP
Gayle I. Jenkins, Esq. (SBN: 168962)
Email: gjenkins@winston.com
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone:   213-615-1700
Facsimile:   213-615-1750

Attorneys for Defendant
ORECK DIRECT, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BODNER, suing individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ORECK DIRECT, LLC, a Delaware liability company; and defendant Does 1 through 100, inclusive,<br><br>Defendant. | **Case No. C 06-04756 MHP**<br><br>~~[PROPOSED]~~ **ORDER RE APPLICATION FOR SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of ORECK DIRECT, LLC, Defendant, to substitute Gayle I. Jenkins, WINSTON & STRAWN LLP, who is retained counsel, 333 South Grand Avenue, 38th Floor, Los Angeles, California 90071, email address gjenkins@winston.com, telephone (213) 615-1700, fax number (213) 615-1750, California State Bar No. 168962, as attorney of record in place and stead of Gayle I. Jenkins, THELEN REID BROWN RAYSMAN & STEINER LLP

**is hereby**       [X]  **GRANTED**       ☐  **DENIED**

Dated: 3/7/2008 _____

_____
JUDGE
DISTRICT
DISTRICT

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

1
[PROPOSED] ORDER RE APPLICATION FOR SUBSTITUTION OF ATTORNEY
C 06-04756 MHP