**FILED**

**FILED**

APR 16 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PAUL BODNER, individually and on behalf of those similarly situated,<br><br>Petitioner,<br><br>v.<br><br>ORECK DIRECT, LLC, a Delaware Corporation,<br><br>Respondent. | No. 08-80016<br><br>D.C. No. CV-06-04756-MHP<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: FISHER and PAEZ, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

DT/MOATT

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 04/16/2008 at 3:31:35 PM PDT and filed on 04/16/2008

**Case Name:** Bodner, et al v. Oreck Direct
**Case Number:** 08-80016
**Document(s):** Document(s)

**Docket Text:**
Order filed (RAYMOND C. FISHER and RICHARD A. PAEZ) DENIED. [Denied;Procedural termination after other judicial action; ]

The following document(s) are associated with this transaction:
**Document Description:** Dispositive Order Filed
**Original Filename:** 08-80016.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=04/16/2008] [FileNumber=6504377-0]
[1294e0f4b184beb6cd32d6814805c8666bfb7f16013b3abd85ea8457d5bf95820c1ce03f4729410e33fd9d5

**Notice will be electronically mailed to:**

von Loewenfeldt, Michael J., Attorney

**Notice will be mailed to:**

Jenkins, Gayle I., Attorney
THELEN REID BROWN RAYSMAN & STEINER, LLP
Suite 2900
333 South Grand Avenue
Los Angeles, CA 90071-3193

USDC, San Francisco
Northern District of California (San Francisco)
P.O. Box 36060
San Francisco, CA 94102-0000

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6504377
**RELIEF(S) DOCKETED:**
  DENIED (CLOSING)
**DOCKET PART(S) ADDED:** 5583087, 5583088